Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly sued as*
*Wells Fargo Home Mortgage)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC V. SANTOS,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; AND, WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No. 2:18-cv-01439-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO HOME MORTGAGE'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiffs Eric V. Santos ("Plaintiff"), through their attorneys, Knepper & Clark LLC and Defendant Wells Fargo Bank, N.A. (incorrectly sued as Wells Fargo Home Mortgage) ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **September 21, 2018**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended

so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

DATED this 17th day of August, 2018.

| HAINES & KRIEGER LLC | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Matthew I. Knepper*<br>Matthew I. Knepper (NV Bar No. 12796)<br>Miles N. Clark (NV Bar No. 13848)<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br> *(signed with permission)*<br><br>*Attorneys for Plaintiff Eric V. Santos* | By:   */s/ Tanya N. Lewis*<br>Kelly H. Dove (NV Bar No. 10569)<br>Tanya N. Lewis (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone:  (702) 784-5200<br>Facsimile:  (702) 784-5252<br>*Attorneys for Defendant<br>Wells Fargo Bank, N.A.<br>(incorrectly sued as<br>Wells Fargo Home Mortgage)* |

- 2 -

**ORDER**

**IT IS ORDERED THAT Wells Fargo's time to respond to Plaintiff's Complaint shall be extended to on or before September 21, 2018.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED August __21__, 2018.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly sued as*
*Wells Fargo Home Mortgage)*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: August 17, 2018

>            */s/ Susan Ballif*
>            An Employee of SNELL & WILMER L.L.P.

4835-4672-5744