Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC V. SANTOS,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION, LLC; and WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No.: 2:18-cv-01439-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST]** |

Plaintiff Eric V. Santos ("Plaintiff"), by and through his counsel of record, and Defendant Trans Union, LLC ("Trans Union") have agreed and stipulated to the following:

1. On August 3, 2018, Plaintiff filed a Complaint [ECF Dkt. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 1

2. On September 18, 2018, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.19].

3. On October 2, 2018, Plaintiff filed an Amended Complaint [ECF Dkt. 24].

4. On October 16, 2018 Trans Union moved to dismiss the Amended Complaint [ECF Dkt. 26].

5. Plaintiff's Response is due October 30, 2018.

6. Plaintiff and Trans Union have agreed to extend Plaintiff's response ten days in order to allow the parties to continue exploring settlement with additional time to respond to the motion. Accordingly, the parties request this brief extension for Plaintiff to respond to Trans Union's Motion to Dismiss Amended Complaint until **November 9, 2018**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

/ / /

IT IS SO STIPULATED.

Dated October 28, 2018.

| **KNEPPER & CLARK LLC** | **LEWIS BRISBOIS BISGAARD & SMITH** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Jason G. Revzin* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyanne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: jason.revzin@lewisbrisbois.com<br><br>*Counsel for Defendant Trans Union LLC* |

*Santos v. Equifax information Services, LLC et al*
2:18-cv-01439-JCM-CWH

### ORDER GRANTING
### STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
### MOTION TO DISMISS AMENDED COMPLAINT

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: October 29, 2018

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 3

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 4