Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC V. SANTOS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; and WELLS FARGO HOME MORTGAGE,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-01439-JCM-CWH<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff Eric V. Santos ("Plaintiff") and Defendant Equifax Information Services, LLC; ("Equifax" or "Defendant") (collectively, the "Parties"), by and through their counsel of record,

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC[FIRST REQUEST] - 1

hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Equifax (30) thirty days:

1. The Parties settled this matter on November 3, 2018.

2. The Parties are currently working on finalizing their Settlement Agreement.

3. The Parties request and extension of thirty days to file their Stipulation of Dismissal of Equifax to allow them additional time to finalize the settlement agreement.

4. Plaintiff agrees to file the Stipulation of Dismissal of Equifax no later than **February 13, 2019**.

DATED January 14, 2019.

| | |
|---|---|
| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br><br> *Counsel for Plaintiff* | /s/ *Jeremy J. Thompson* <br> Jeremy J. Thompson, Esq. <br> Nevada Bar No. 12503 <br> CLARK HILL PLLC <br> 3800 Howard Hughes Pkwy., Ste. 500 <br> Las Vegas, NV 89169 <br> Email: jthompson@clarkhill.com <br><br> *Counsel for Defendant* <br> *Equifax Information Services LLC* |

## ORDER GRANTING

## EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this __24__ day of __January__ 2019.