| | |
|---|---|
| 1 | Matthew I. Knepper, Esq. |
| 2 | Nevada Bar No. 12796 |
| | Miles N. Clark, Esq. |
| 3 | Nevada Bar No. 13848 |
| 4 | KNEPPER & CLARK LLC |
| | 10040 W. Cheyenne Ave., Suite 170-109 |
| 5 | Las Vegas, NV 89129 |
| | Phone: (702) 825-6060 |
| 6 | Fax: (702) 447-8048 |
| 7 | Email: matthew.knepper@knepperclark.com |
| | Email: miles.clark@knepperclark.com |
| 8 | |
| 9 | David H. Krieger, Esq. |
| | Nevada Bar No. 9086 |
| 10 | HAINES & KRIEGER, LLC |
| | 8985 S. Eastern Ave., Suite 350 |
| 11 | Henderson, NV 89123 |
| | Phone: (702) 880-5554 |
| 12 | Fax: (702) 385-5518 |
| 13 | Email: dkrieger@hainesandkrieger.com |

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC V. SANTOS, | Case No.: 2:18-cv-01439-JCM-CWH |
| Plaintiff, | |
| vs. | **JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; and WELLS FARGO HOME MORTGAGE, | |
| Defendants. | |

Plaintiff Eric V. Santos ("Plaintiff") and Defendant Experian Information Solutions, Inc.; ("Experian" or "Defendant") (collectively, the "Parties"), by and through their counsel of record,

hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Experian (30) thirty days:

1. The Parties settled this matter on November 13, 2018.

2. The Parties are currently working on finalizing their Settlement Agreement.

3. The Parties request and extension of thirty days to file their Stipulation of Dismissal of Experian to allow them additional time to finalize the settlement agreement.

4. Plaintiff agrees to file the Stipulation of Dismissal of Experian no later than **February 13, 2019**.

DATED January 16, 2019.

/s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC

*Counsel for Plaintiff*

/s/ *Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
NAYLOR & BRASTER
Email: jbraster@nblawnv.com
Email: asharples@nblawnv.com

Katherine A. Neben, Esq.
Nevada Bar No. 14590
JONES DAY
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## ORDER GRANTING

## EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 24 day of January 2019.

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. - 2