# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC V. SANTOS, | Case No. 2:18-CV-1439 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendant(s). | |

Presently before the court is the matter *of Santos v. Equifax Information Services, LLC et al.*, case number 2:18-cv-01439-JCM-CWH.

Plaintiff Eric Santos initiated this lawsuit against four defendants, including TransUnion, LLC ("TransUnion"), on August 3, 2018. (ECF No. 1). On September 18, 2018, TransUnion filed a motion to dismiss. (ECF No. 19). On October 2, 2019, Santos then filed an amended complaint (ECF No. 24), to which TransUnion filed a second motion to dismiss (ECF No. 26).

On January 15, 2019, Santos filed a notice of settlement and represented that he would file with TransUnion a stipulation of dismissal with prejudice within sixty (60) days. (ECF No. 46). More than sixty (60) days have passed and the parties have not filed their stipulation.

The court orders Santos and TransUnion to file a status report within seven (7) days explaining why they did not timely file their stipulation. The court will also deny without prejudice TransUnion's first motion to dismiss (ECF No. 19) in light of Santos' amended complaint.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that TransUnion's motion to dismiss (ECF No. 19) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that Santos and TransUnion shall file a status report within seven (7) days from the date of this order.

DATED March 28, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**