Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC V. SANTOS,<br><br>   Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION, LLC; and WELLS FARGO HOME MORTGAGE,<br><br>   Defendants. | Case No.: 2:18-cv-01439-JCM-CWH<br><br>**STIPULATION AND ORDER DISMISSING TRANS UNION LLC WITH PREJUDICE** |

  PLEASE TAKE NOTICE that Plaintiff Eric V. Santos ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

  There are no longer any issues in this matter between Plaintiff and Trans Union to be

STIPULATION AND ORDER DISMISSING TRANS UNION LLC WITH PREJUDICE - 1

determined by the Court, and Trans Union is the only remaining defendant. Plaintiff hereby stipulates that all of his claims and causes of action against Trans Union, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

IT IS SO STIPULATED.
Dated April 5, 2019.

| **KNEPPER & CLARK LLC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Jason G. Revzin* |
| Matthew I. Knepper, Esq. | Jason G. Revzin, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 8629 |
| Miles N. Clark, Esq. | 6385 S. Rainbow Blvd., Suite 600 |
| Nevada Bar No. 13848 | Las Vegas NV 89118 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: jason.revzin@lewisbrisbois.com |
| Las Vegas, NV 89129 | |
| Email: matthew.knepper@knepperclark.com | *Counsel for Defendant* |
| Email: miles.clark@knepperclark.com | *Trans Union LLC* |
| | |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

## <u>ORDER GRANTING</u>

## <u>STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE</u>

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this __8th__ day of __April__ 2019.

STIPULATION AND ORDER DISMISSING TRANS UNION LLC WITH PREJUDICE - 2